SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/5/201_

GREGORY PAPADOPOULOS plaintiff

VS   INDEX: 2010 CIV 9454
     HONORABLE JUDGE_____

CITY OF NEW YORK
TOWN OF SOUTHAMPTON defendants

## SUPPLAMENTAL AFFIDAVIT OF GREGORY PAPADOPOULOS ON AN INCIDENT AT THE NYPD 19TH PRECINCT ON DECEMBER 26TH, 2010 IN SUPORT OF THE COMPLAIN.

I Gregory Papadopoulos duly sworn deposes and says:

Starting with early June 2010 I became progressively alarmed about the security and safety and the listed ownership of a corporate car I am using for the following reason:

1. On June 2, 2010 the front passenger side suspension of the car was sabotaged and while I was driving it suddenly shifted to the left and struck another car resulting in an accident.
2. In late September 2010 I noticed the registration to the car was stolen.
3. In December 24, 2010 I noticed that my only copy of the title was stolen from my apartment.
4. On December 22, 2010 I had to go for a one hour's meeting in Brentwood NY. I drove there, locked the car but when I returned one hour later the car was strangely open and indeed the driver's side door was wide open. **I was advised by Mercedes(the car I am driving is a Mercedes) that it is possible with the registration alone which was stolen, somebody could buy a duplicate key to the car from a dealer.** Also I was arrested on September 16 2010 and my keys including car keys were not returned to me on a timely basis upon my release from the Court and were kept in the precinct. Property vouchers in the possession of NYPD one from the precinct and one from Central Booking prove these allegations. **NYPD does not have a property voucher with my signature attesting return of my keys.**
5. On December 24 2010 I was served with an entry of judgment which could have included the car as a claim if the car was not properly titled. The court's decision was rendered nine months before but claimant strangely chose to do nothing for nine months.

6. On December 25, 2010 a friend took me to a building and someone that was not a doorman or in uniform insisted that, if I wanted to park on the grounds of the building I had to give him the key. (I never give the key to the car to anyone except arresting officers under duress)
7. The title and registration to the car were changed from Revcon Inc to Revcon LLC (different legal entities) in July of 2009 however all documents in my possession as well as the bank loan listed Revnon Inc as the owner.

On Sunday December 26th 2010 being concerned and alarmed about the ownership, safety and security of the car I went to the NYPD 19th precinct to inquire as to who owned the car. DMV was closed on that day. I also brought with me a taping device knowing that the 19th precinct never assists me or takes a report from me and I wanted to have evidence that I went there and tried. I met with an unknown officer (black 6 ft tall around 30-35 years old) who was extremely uncooperative in identifying the owner of the car for possible error or fraud.

I asked to speak with a sergeant. A Sergeant (About 6 ft 2 in. tall with red curly hair wearing glasses and appearing to be in charge of the area at 8:30-9:00 am on that day) came towards me. I will refer to him as Sergeant X. Sergeant X immediately became belligerent and started to yell at me. He said in a sum:" You come here, you give us trouble, you told us about a prostitute, we have no time for you, we are not DMV, you don't work so I am going to lock you up in a mental institution for three days and be done with you" I calmly explained to him I was there to find out the owner of the car for possible error or fraud. Eventually he checked it out but did not give me that information. He continued to yell loudly making numerous threats and accusations. At some point during his tirade he ordered another officer "put the cuffs on him" and one officer did. He continued to yell at me as loud as he could. One officer searched me and **located the taping device which had taped the entire incident. Sergeant X played the entire 5-8 minute tape in front of 5-6 other officers who listened to it and were witnesses to his tirade being taped.** An officer Jo Anton took me to a detaining cell for about 30 minutes. When I came out I was given 2 summonses for disorderly contact. When I was given back my property **the tape clearly incriminating Sergeant X was erased** and all my documents as well as notes on the identity of all officers witnessing the episode were not returned to me. The arresting officer who signed summonses **Jo Anton was a witness to the tape being played back by Sergeant X.**

The irony of the summonses issued is that one states that I made an unrecordable noise even thought there was a perfectly clear recording which me and six officer heard. The second summons states that I refused to obey a lawful order. In reality one Officer was talking to me calmly, another was yelling at me and a third was shouting at me: "leave the building". There was total chaos once the tape was played back.

I went home fearing additional retaliation (parking tickets, fabricated moving violations, searches and seizures without a probable cause). Totally intimidated I got back some courage and called the precinct about my documents. I was told to come back and get them. When I went back, some officers that were present during the earlier incident were

wandering aimlessly in the street not wanting any further involvement. I noticed a name: **Officer Demassi.** If needed, I can identify all the officers present.

I am being prosecuted by NYS and the Town of Southampton for frivolous allegations by a prostitute and direct or indirect FBI decoy/informant and I have complained about NYPD selectively enforcing the law like arresting me but not arresting or investigating my accuser a prostitute Julia Mineeva, intentionally framing me, maliciously prosecuting me, tampering with my evidence (missing documents, files, emails and diaries), illegally entering my apartment and arresting me, assaulting me for no reason and breaking my ribcage, all believed under the influence of the FBI because I sued the FBI in federal court in 2008. The FBI has remained relatively invisible, but the actions of NYPD officers acting under color of law, has been highly visible.

**This incident is clear and convincing additional proof of the intense hostility demonstrated towards me by NYPD, including Sergeant X whom I have never seen before, and stopping at nothing including destroying evidence that could have been used in my defense during the criminal proceedings. Had the tape not been erased, I certainly could have proven, at the very least, that the summonses issued for disorderly contact were false and retaliatory allegations.**

Going forward, and after this incident, it is obvious that I can never again appear at the 19th Precinct or any other Precinct to seek NYPD protection for crimes inflicted on me.

December 27, 2010

Gregory Papadopoulos
19 E 65th apt.7B
New York, NY. 10065
212-308-5103

The City of New York
100 Church st
New York NY

The Town of Southampton.
116 Hampton rd.
Southampton village
New York, NY. 11968

1/5/2011

CARMEN L. JIMENEZ
Notary Public, State of New York
No. 01JI6071297
Qualified in New York County
Commission Expires July 29, 2014

[Two handwritten NYPD summons forms, rotated 90°, numbered 433052422-3 and 433052421-1, issued to a person with last name appearing as "Gradwohl" (Gregory), New York, NY, charging speeding violations on 1/16/10 at 9:05 and 9:00, at location "246 Broadway", with appearance date in March at criminal court, 1F NY, precinct 019.]